JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BARBARA EVA BROWN,

    Plaintiff,

    v.

HENRY LINDSEY BADGE NO. 9022,

    Defendant.

Case No. 5:24-cv-01303-FWS-E

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered in favor of Defendant.

DATED: June 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE